UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

3:12CR396-FDW

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff | ) |  |
|  | ) |  |
|  | ) | ORDER |
|  | ) |  |
| RICARDO VARGAS, | ) |  |
|  | ) |  |
| Defendant | ) |  |

This **MATTER** is before the Court on its own Motion to administratively close the case as to **RICARDO VARGAS**. The defendant appears to remain a fugitive with no activity taking place in this case in recent times.

It is, therefore, **ORDERED** that this case be deemed closed for administrative purposes only, subject to re-opening upon the apprehension or appearance of the defendant.

Signed: March 31, 2016

Frank D. Whitney
Chief United States District Judge