IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:12-Cr-00396-FDW |
|---|---|---|
|  | ) |  |
| v. | ) | <u>ORDER FOR DISMISSAL</u> |
|  | ) |  |
| RICARDO VARGAS | ) |  |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment as to defendant **RICARDO VARGAS** in the above-captioned case without prejudice. The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service and the United States Attorney's Office.

This 8th day of June, 2016.

_____
Frank D. Whitney
Chief United States District Judge